NO. *14-1400314*-CR

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

AUG 12 2015

CHRISTOPHER A. PRINE
CLERK

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS
AT AUSTIN

*Cameron LaQuincy*,

Appellant,

v.

THE STATE OF TEXAS,

Appellee

No. *14-1400314*-CR
In the Court of Appeals for the
*262* District of Texas at *Harris*
*County*

No. *1367706*

In the *262* District Court of Harris County, Texas

MOTION FOR EXTENSION
OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

*LaQuincy*
*Cameron Dohl*

Appellant, Pro Se
*1921117 TDC #*
*McConnell Unit*
*Beeville Tx 78102*

FILED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

NO. *14-140031L*-CR

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS
AT AUSTIN

*Cameron La Quincy Gold*
                                                          Appellant,

v.

**THE STATE OF TEXAS,**
                                                          Appellee

No. *14-140031L*-CR
In the Court of Appeals for the
___*262*___ District of Texas at *Harris*
___*County*___

No. *1367706*
In the ___*262*___ District Court of Harris County, Texas

**MOTION FOR EXTENSION
OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, *Cameron La Quincy Gold* Appellant, pro se, and files this

Appellant's Motion for Extension of Time to File Petition for Discretionary Review.

In support of said Motion, Appellant shows the Court the following:

## I.

The Appellant was convicted in the __262__ District Court of Harris County, Texas, on or about _____, in Cause Number _1367706_, styled *The State of Texas v. Cameron LaQuincy Gold*.

## II.

The __14th__ Court of Appeals affirmed Appellant's conviction on _7-21-15_, in the case styled *Cameron L. Quincy Gold v. The State of Texas*, in Cause Number _1367706_.

## III.

The deadline for filing the Petition for Discretionary Review (PDR) is _8-20-15_.

## IV.

This is Appellant's first request for an extension of time.

## V.

Appellant's request for an extension of time is based on the following facts:

The unit is current in the process of finishing an Lock down due to annual shakdown and cause of that I am Not Able to get to the Law Library to get proper information to properly do A P.D.R.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of __30__ days until __8·20·15__, to file Appellant's PDR.

I certify under penalty of perjury under the laws of the state of Texas that the foregoing statements are true and correct.

Respectfully submitted,

Cameron La Quincy Gold
Appellant, Pro Se
TDC# 1921117 McConnell Unit
3001 S. Emily Dr
Beeville, Tx. 78102